IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALFREDO AVILES-TAVIRA,<br><br>　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　Respondent. | CRIMINAL CASE NO.<br><br>1:12-cr-300-03-JEC-ECS<br><br><br>CIVIL ACTION FILE NO.<br><br>1:13-cv-3985-JEC |

**<u>ORDER</u>**

This case is before the Court on the Magistrate Judge's Final Report and Recommendation [114] recommending dismissing without prejudice movant's § 2255 Motion to Vacate Sentence [83]. No objections to the Report and Recommendation [114] have been filed. The Court has reviewed the Final Report and Recommendation [114] on the merits and finds the magistrate judge's conclusions to be well-founded.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [114] **DISMISSING without prejudice** movant's § 2255 Motion to Vacate Sentence [83].

SO ORDERED, this 22nd day of July, 2014.

　　　　　　　　　　　　　　　　　　/s/ Julie E. Carnes
　　　　　　　　　　　　　　　　　　JULIE E. CARNES
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE